UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    Indictment

    - v. -                      :
                                           07 Cr.

DARRYL HARRIS,                   :

        Defendant.           :    **07 CRIM 751**

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

In or about June 2007, in the Southern District of New York, and elsewhere, DARRYL HARRIS, the defendant, unlawfully, willfully, and knowingly, did buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited, and altered obligations and securities of the United States, with the intent that the same be passed, published, and used as true and genuine, to wit, HARRIS purchased approximately $1,000 in counterfeit United States currency with the intent to pass the counterfeit United States currency as true and genuine.

(Title 18, United States Code, Section 473.)

COUNT TWO

The Grand Jury further charges:

On or about June 7, 2007, in the Southern District of New York and elsewhere, DARRYL HARRIS, the defendant, unlawfully, willfully, and knowingly, with intent to defraud, would and did pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation and other security of the

United States, to wit, the defendant passed counterfeit notes of United States currency by purchasing food from Ellie's Diner, 1322 Metropolitan Avenue, Bronx, New York, using counterfeit currency.

(Title 18, United States Code, Section 472.)

_____
Foreperson

_____
MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

DARRYL HARRIS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 472, 473)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Burke*
Foreperson.

8/13/07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Stein.

Peck, MJ.