# MEMORANDUM



TO: Honorable Sidney H. Stein
U.S. District Judge

FROM: **MICHAEL J. FITZPATRICK, Chief**
Pretrial Services Officer

RE: HARRIS, DARRYL
DOCKET # 07 Cr 751

The attached memorandum was prepared by Pretrial Services Officer
Xiomara M. Rojas                                                          805-4119
    Name                                                                      Phone Number
will present to Your Honor significant details about the Bail Conditions Which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   Please inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # 23A on ~~XXXXXXX~~ at ~~XXXXXX~~ 2:30 pm
                                                   Date  10/9/07                Time

[ ]   I request that a Bail Review Hearing be conducted by:

    [ ]   The presiding Magistrate Judge in courtroom # 5A.

    [ ]   The District Court Judge presiding in Part I.

    [X]   _____
              Judicial Officer

at his/her earliest convenience.

Comments:

Received:    Oct  1 2007 12:15pm    U S PRETRIAL SERVICES Fax:212-805-4176    Oct  1 2007 12:23pm P001