```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :        07 Cr. 751 (SHS)

    -against-                                          :        ORDER

DARRYL HARRIS,                                     :

        Defendant.                              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    After a hearing today on defendant's violation of bail conditions,

    IT IS HEREBY ORDERED that:

    1.    The Court revokes defendant's bail; and

    2.    Defendant shall report to the U.S. Marshal for the Southern District of New York at 500 Pearl Street, New York, New York, 4th floor, on Friday, October 12, 2007, at or before 2:00 p.m.

Dated: New York, New York
        October 9, 2007

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.