# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07

---

UNITED STATES OF AMERICA

- v -

DARRYL HARRIS,      Defendant.

Docket Number __07 Cr. 751 (SHS)__

HONORABLE SIDNEY H. STEIN
(District Court Judge)

Notice is hereby given that __the Defendant Darryl Harris__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]: order [  ]: other [  ]: _____
(specify)

entered in this action on __12/20/07__
(date)

Offense occurred after November 1, 1987    Yes [✔]    No [  ]

The appeal concerns:    conviction only [  ]:    sentence only [  ]:    conviction and sentence [✔]

Date: __December 21, 2007__

TO:
John P. Cronan, Esq.
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007

Mr. Darryl Harris
Reg. No. 90012-054 (MCC)

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE

[✔] I am ordering a transcript
[  ] I am not ordering a transcript
Reason:
  [  ] Daily copy is available
  [  ] U S Attorney has placed order
  [  ] Other Attach explanation

## ►TRANSCRIPT ORDER

Prepare transcript of
[✔] Pre-trial proceedings 10/31/07
[  ] Trial
[✔] Sentence  12/20/07
[  ] Post-trial proceedings

DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [  ] Funds [  ] CJA Form 24

ATTORNEY'S signature    JOHN J. BYRNES, ESQ.    DATE 12/21/07

## ► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL